**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAS ANDRADE,<br>Plaintiff,<br>v.<br>FCA US, LLC; DOES 1 THROUGH 10,<br>Defendants. | Case No. 25-cv-00110-BAS-JAC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 35)** |

Presently before the Court is the parties' joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure ("Rule") 41. (ECF No. 35.) Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *see* Rule 41(a)(1)(A)(i), or (2) filing a stipulation of dismissal signed by all parties who have appeared, *see* Rule 41(a)(1)(A)(ii). *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a compliant notice or stipulation. No court order is required. *See Stone v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). Nonetheless, the local civil rules of this district require that where, as here, litigants seek

voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have stipulated to dismissal with prejudice. (ECF No. 35.) Having considered the parties' request, the Court **GRANTS** the Joint Motion. Accordingly, the Court **DISMISSES WITH PREJUDICE** this entire action. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: October 7, 2026**

Cynthia Bashant

**Hon. Cynthia Bashant**
**United States District Judge**

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.